UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA



KATHERINE WOOD

VERSUS

EQUIDATA, INC., ET AL

CIVIL ACTION

NO. 08-635-C

ORDER OF DISMISSAL

The court having been advised by counsel that the above action has been settled,

IT IS ORDERED that this action is hereby DISMISSED without prejudice to the right upon good cause shown within sixty (60) days, to reopen the action if the settlement is not consummated.

IT IS FURTHER ORDERED that all pending motions are dismissed without prejudice as moot.

Baton Rouge, Louisiana, February  10  , 2009.

RALPH E. TYSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT