UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| KATHERINE WOOD | CIVIL ACTION NO.: 08-635-RET-DLD |
|---|---|
| V. | |
| | JUDGE: RALPH E. TYSON |
| EQUIDATA, INC., TRANSUNION LLC, AND EXPERIAN INFORMATION SOLUTIONS, INC. | MAGISTRATE: DOCIA L. DALBY |

### ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing **UNOPPOSED MOTION TO DISMISS WITH PREJUDICE**:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the claims of Plaintiff, Katherine Wood, against Equidata, Inc., be and are hereby dismissed with prejudice, each party to bear its own costs.

Baton Rouge, Louisiana, this 25th day of March, 2009

_____
JUDGE RALPH E. TYSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA